FILED
KENNETH J. MURPHY
CLERK

2003 SEP -5 PM 1:13

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| NAIROBI TEASLEY, | Case No. C-1-00-998 |
| Petitioner, | |
| | Judge Spiegel |
| v. | |
| | Magistrate Judge Sherman |
| ANTHONY BRIGANO, Warden, | |
| Respondent. | **HABEAS CORPUS** |

**Respondent's Motion for Extension of Time to Respond to Petitioner's Objections to the Report and Recommendation**

Now comes Respondent, by and through counsel, and hereby requests an extension of time through and including September 26, 2003 in which to respond to Petitioner's objections to the Magistrate Judge's Report and Recommendation. Because Petitioner's objections are rather lengthy and fact intensive, Respondent requires additional time to review the record once again and respond to the arguments made in the objections.

This request is not made for the purpose of delay and will in no way prejudice Petitioner. Pursuant to S.D. Ohio Civ. R.6.1, the undersigned conferred with Petitioner's counsel, who does not oppose this extension of time.

Respectfully submitted,

JIM PETRO
Attorney General

M. SCOTT CRISS  (0068105)
Assistant Attorney General
Corrections Litigation Section
140 E. Town Street, 14th Floor
Columbus, Ohio  43215
(614) 644-7233

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing *Motion for Extension of Time* has been forwarded to Counsel for Petitioner, William R. Gallagher, The Citadel, 114 East Eighth Street, Cincinnati, Ohio 45202, via the U.S. Mail, this 4th day of September, 2003.

M. SCOTT CRISS
Assistant Attorney General