IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Nairobi Teasley,

    Plaintiff(s)

vs.

Anthony Brigano,

    Defendant(s)

Case Number: 1:00-cv-00998

Senior District Judge S. Arthur Spiegel

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . The Court hereby ADOPTS the Magistrate Judge's Report and Recommendation (doc. 34), AFFIRMS the Magistrate Judge's recommended decision, and DISMISSES Petitioner's habeas corpus petition with prejudice. The Court further finds that a certificate of appealability should not issue with respect to any of Petitioner's claims. Finally, the Court CERTIFIES that an appeal of this order not be taken in good faith, therefore DENYING Petitioner leave to appeal *in forma pauperis*.

10/31/03

Kenneth Murphy, Clerk

s/Kevin Moser
Kevin Moser
Deputy Clerk