FILED
Terry Deinlein, Acting Clerk
Cincinnati, Ohio

03 NOV 26 PM 4:31

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| NAIROBI TEASLEY, | : CASE NO. C-1-00-998 |
| Petitioner, | : (Judge S. Arthur Spiegel) |
| vs. | : |
| ANTHONY BRIGANO, | : <u>NOTICE OF APPEAL</u> |
| Respondent. | : |

Now comes the Petitioner, by and through counsel, and hereby gives notice of his appeal to the Sixth Circuit Court of Appeals from the judgment entered by the Honorable S. Arthur Spiegel in the above captioned matter on October 31, 2003.

Respectfully submitted,

_____
WILLIAM R. GALLAGHER (0064683)
Attorney for Petitioner
Arenstein & Gallagher
The Citadel
114 East Eighth Street
Cincinnati, Ohio 45202
(513) 651-5666

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was mailed by regular U.S. Mail to M. Scott Criss, Assistant Attorney General this 26 day of November 2003.

_____
WILLIAM R. GALLAGHER