```
Wed Nov 26 16:21:01 2003

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 421042
Cashier          ah1

Check Number:  1561

DO Code    Div No
  4661        1

Sub Acct Type Tender       Amount
1:086900  N     2          105.00
2:510000  N     2          150.00

Total Amount          $    255.00

WM GALLAGHER

APPEAL C-1-00-998



Wed Nov 26 16:21:01 2003

Check No.  1561
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```