# TRANSMISSION FORM

| District Court: | S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 1:00cv998 | Court of Appeals Case No: 03-4562 |
| SHORT CAPTION | | |
| NAIROBI TEASLEY | | Case Manager: JILL COLYER |
| Plaintiff/Petitioner | vs. | Date Filed: |
| ANTHONY BRIGANO | | FILED DEC 1 0 2003 LEONARD GREEN, Clerk |
| Defendant/Respondent | | |
| *provide pro se address IF NOT on the docket sheet | | |
| District Court Judge: | S. ARTHUR SPIEGEL | Anything That Needs Special Attention |
| Court Reporter(s): | | NOTICE OF APPEAL(DOC.#42) appealing ORDER(DOC.#39) and JUDGMENT(DOC.#40) entered 10/31/2003. |
| From Deputy Clerk: | ARTHUR HILL | |
| Date: | 11/28/2003 | |
| $255.00 Appeal Filing Fee Paid? YES | | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)   Volume(s)

Deposition(s)   Volume(s)       Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)       **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

TERRY DEINLEIN, ACTING CLERK
Clerk: _____
United States District Court

03 DEC 11 AM 8:43
FILED JAMES BONINI CLERK