# TRANSMISSION FORM

| District Court: | SD of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 1:00cv998 | Court of Appeals Case No: |
| SHORT CAPTION | | 03 - 4562 |
| | | Case Manager: Jill Colyer |
| | **Nairobi Teasley** | |
| Plaintiff/Petitioner | vs. | Date Filed: |
| | **Anthony Brigano** | |
| Defendant/Respondent *provide pro se address IF NOT on the docket sheet | | |
| District Court Judge: | Spiegel | Anything That Needs Special Attention |
| Court Reporter(s): | | |
| | | **Transmission of entire Case Record C-1-00-998; 2 Volumes, 44 Pleadings** |
| From Deputy Clerk: | Kendra Jordan | |
| Date: | 5-6-04 | |
| $255.00 Appeal Filing Fee Paid? **YES** | | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

**Pleading(s)  1-44   Volume(s) 2**

Deposition(s)    Volume(s)        Exhibit(s)        Volume(s)

Transcript(s)    Volume(s)        **Sealed**        Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____**James Bonini**_____
United States District Court