No. 03-4562

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
JAMES BONINI, CLERK
04 JUL 12 AM 10: 18

FILED
JUL 0 7 2004
LEONARD GREEN, Clerk

| | | |
|---|---|---|
| NAIROBI TEASLEY, | ) | |
| Petitioner-Appellant, | ) | |
| v. | ) | O R D E R     1:00cv998 |
| ANTHONY BRIGANO, | ) | |
| Respondent-Appellee. | ) | |

Nairobi Teasley, an Ohio state prisoner, moves through counsel for a certificate of appealability and appeals a district court judgment denying his petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254.

Upon consideration, the motion for a certificate of appealability is denied.

ENTERED BY ORDER OF THE COURT

*[signature]*
Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
by *[signature]*
Deputy Clerk