E I L E   C O P Y
**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO  45202-3988

LEONARD GREEN
CLERK

DEBRA COOK
(513) 564-7043
www.ca6.uscourts.gov

Filed: August 2, 2004

James A. Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

        RE: 03-4562
            Teasley vs. Brigano
            District Court No. 00-00998

Dear Clerk:

        Enclosed please find:

        The CERTIFIED RECORD RETURNED to lower court at the end of
        appellate proceedings. [03-4562] . Volumes included: 2  P1;

        Please acknowledge receipt of the certified record on the attached
copy of this letter and return it to this office.

_____
Name and Title of Authorized Agent for
the District Court or Government Agency

_____8-2-04_____
Date

                                Very truly yours,
                                Leonard Green, Clerk

                                Deb Cook
                                Records Management Deputy