UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NAIROBI TEASLEY,                      :

    Petitioner,                   :

                                   :

   v.

                                   :       Case No.: 1:00-cv-00998

ANTHONY BRIGANO,                      :

    Respondent.                   :       **NOTICE**

The record of the above-captioned case shows that this matter has been terminated from the docket of Judge Spiegel. The record further indicates that there are currently depositions on file for this case, filed by Counsel for Petitioner, which are no longer needed by the Court. Pursuant to Local Rule 79.2(a), please contact chambers to make arrangements to pick up these items. Any items submitted by parties will be disposed as waste within 20 days of the date of this notice if arrangements are not made to retrieve them.

                                   S. Arthur Spiegel
                                   United States Senior District Judge

                                 By: s/Kevin Moser
                                     Kevin Moser
                                     Case Manager
                                     (513) 564-7620