**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| NAIROBI TEASLEY, | : | |
| Petitioner, | : | Case No.: 1:00-cv-00998 |
| | : | |
| v. | | |
| | : | |
| ANTHONY BRIGANO, | : | **NOTICE** |
| Respondent. | : | |

Pursuant to S.D. Ohio Civ. R. 79.2(b) and the previous Notice of this Court (doc. 48), the depositions filed in the case are hereby disposed of as waste on this date.

Date: September 19, 2005

S. Arthur Spiegel
United States Senior District Judge

By: s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620